**FILED**

APR 0 2 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## United States District Court
### Eastern District of North Carolina
### Western Division

| 5:18-ct-03221-BO |

**Case No.** _____

(To be filled out by Clerk's Office only)

Benjamin Lopez-Patino
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 53754008

-against-

CHAPLAIN HICKS, et al.,
"See attached"

_____

## COMPLAINT

*(Pro Se Prisoner)*

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I.     COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐     42 U.S.C. § 1983 (state, county, or municipal defendants)

☒     Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☒     Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Benjamin Lopez-Patino
_____
Name

53754008
_____
Prisoner ID #

Ashland - F.C.I.
_____
Place of Detention

P.O. Box 6001
_____
Institutional Address

Ashland,        KY              41105
_____
City                           State              Zip Code

## III.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐     Pretrial detainee   ☐ State   ☒ Federal
☐     Civilly committed detainee
☐     Immigration detainee
☐     Convicted and sentenced state prisoner
☐     Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: _CHAPLAIN HiCKS_
Name

_CHAPLAIN_
Current Job Title

_F.C.I Butner low - P.O. Box 999_
Current Work Address

_Butner_          _NC_          _27509_
City             State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: _CHAPLAIN Hoyle_
Name

_CHAPLAIN_
Current Job Title

_F.C.I Butner low - P.O. Box 999_
Current Work Address

_Butner_          _NC_          _27509_
City             State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## IV.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:  *Dr. Grover*
Name

*Psychotherapist*
Current Job Title

*F.C.I Butner low - P.O. Box 999*
Current Work Address

*Butner*          *NC*          *27509*
City                 State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2:  *Walter Harris*
Name

*Unit Manager*
Current Job Title

*F.C.I Butner low- P.O. Box 999*
Current Work Address

*Butner*          *NC*          *27509*
City                 State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Warden Hallembeak__
Name

__Warden__
Current Job Title

__F.C.I Butner low - P.O. Box 999__
Current Work Address

__Butner__ __NC__ __27509__
City                State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: __A.W Hiscock__
Name

__Assistant Warden__
Current Job Title

__F.C.I Butner low - P.O. Box 999__
Current Work Address

__Butner__ __NC__ __27509__
City                State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Captain John Doe
Name

Captain
Current Job Title

F.C.I Butner low - P.O. Box 999
Current Work Address

Butner          NC          27509
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: MS Butler
Name

Case manager
Current Job Title

F.C.I Butner low - P.O. Box 999
Current Work Address

Butner          NC          27509
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Page 3 of 10

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: A.W. Bullock
Name

Assistant Warden
Current Job Title

F.C.I Butner low - P.O. Box 999
Current Work Address

Butner                    NC                    27509
City                    State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: Captain Miller
Name

Captain
Current Job Title

F.M.C Rochester - P.O. Box 4600
Current Work Address

Rochester                MN                    55903
City                    State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: _A.W. Jane Doe_
Name

_Assistant Warden_
Current Job Title

_F.M.C. Rochester - P.O. Box 4600_
Current Work Address

_Rochester_ _MN_ _55903_
City                State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: _L. La Riva_
Name

_Warden_
Current Job Title

_F.M.C. Rochester - P.O. Box 4600_
Current Work Address

_Rochester_ _MN_ _55903_
City                State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## IV.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:   Lt. Hare
Name

lieutenant
Current Job Title

F.M.C Rochester - P.O. Box 4600
Current Work Address

Rochester          MN          55903
City                State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2:   A.W. Cooper
Name

Assistant Warden
Current Job Title

F.M.C Rochester - P.O. Box 4600
Current Work Address

Rochester          MN          55903
City                State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Case 5:18-ct-03221-BO   Document 35   Filed 04/02/19   Page 9 of 26

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: _Lt Wieckzoric_
Name

_Lieutenant_
Current Job Title

_F.M.C. Rochester - P.O. Box 4600_
Current Work Address

_Rochester_          _MN_          _55903_
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: _S.I.A Grimsley_
Name

_Special investigation administrator_
Current Job Title

_F.M.C Rochester - P.O. Box 4600_
Current Work Address

_Rochester_          _MN_          _55903_
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## IV.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    CHAPLAIN Alcazar
_____
Name

CHAPLAIN
_____
Current Job Title

F.M.C Rochester - P.O. Box 4600
_____
Current Work Address

Rochester            MN          55903
_____
City                         State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 2:    C.O. Sturm
_____
Name

Correctional officer
_____
Current Job Title

F.M.C Rochester - P.O. Box 4600
_____
Current Work Address

Rochester            MN          55903
_____
City                         State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Ms Haugen__
Name

__Case Manager__
Current Job Title

__F.M.C Rochester - P.O. Box 4600__
Current Work Address

__Rochester__          __MN__          __55903__
City                          State                Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: __D.H.O Stolarzwk__
Name

__Dissaplanery Hearing officer__
Current Job Title

__F.M.C. Rochester - P.O. Box 4600__
Current Work Address

_____
City                          State                Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: _Jane Doe #3_
Name

_Nurse_
Current Job Title

_F.M.C. Rochester - P.O. Box 4600_
Current Work Address

_Rochester_          _MN_          _55903_
City                 State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: _Jane Doe #4_
Name

_F.M.C Nurse_
Current Job Title

_F.M.C. Rochester - P.O. Box 4600_
Current Work Address

_Rochester_          _MN_          _55903_
City                 State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 3: _C. 0. Vandsande_
Name

_Correctional officer_
Current Job Title

_F. M. C. Rochester - P.O. Box 4600_
Current Work Address

_Rochester_          _MN_          _55903_
City                 State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 4: _C.0. Kruger_
Name

_Correctional officer_
Current Job Title

_F. M. C. Rochester - P.O. Box 4600_
Current Work Address

_Rochester_          _MN_          _55903_
City                 State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Page 4 of 10

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: F.C.I Butner low-P.O.Box 999; Butner, NC 27509, and F.M.C Rochester-P.O. Box 4600; Rochester, MN 55903

Date(s) of occurrence: Between 11-24-14, TO: 03-15-17

State which of your federal constitutional or federal statutory rights have been violated:

right to religion, right to due process, right to witnesses, and cruel and unusual punishment.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

When chaplain Hoyle would verbally assault me for being a motivated Catholic-while Hispanic. Then chaplian Hicks finally prohibiting me from having Holy Commonion when a priest would celebrate mass All staff named as defendants, Joined in Concert-to also discriminate me. (Note: all staff from FCI Butner low)-north Carolina- when transferred to F.C.I. Rochester MN- all staff named as defendants, also Joined in concert with verbal and physical assaults- to try to discourage me of my catholic faith and was not allowed to have witnesses or written statements at a DHo.
(Dissaplanery Hearing)

> Who did what to you?

for more detailed "facts"
See Atttchedment pages 3 through 8

**What happened to you?**

I was placed in SHU (special housing unit) for over 2 months and transferred. Then I was placed in SHU again for over 6 months and transferred.

I had a big vien in my arm intentionally blown to the point I bled all over my clothes and inside and outside of the segregation cell. I would not be fed when other inmates ate. I was placed in seclusion where the cell had a broken window during winter time. Was held hostage in segregation many times - once till I crapped on myself, and had a spider put on my back to bite me while I was handcuffed.

**When did it happen to you?**

I would be verbally assaulted from 2013 to 2015
I was placed in shu from 04-13-16 till 6-20-16 then again from 11-05-16 to 03-15-17
I had my vien blown on or about 12-13-16
I was placed in seclusion - from shu on 02-07-17 to 02-15-17 (on or about) And from the date of being released from seclusion - to back to the shu I had big bite on my back, till almost 2 weeks later. When I was taken to a special DHO Hearing. Held on a NONE DHO day.

**Where did it happen to you?**

It happened at North Carolina Butner F.C.I low and Rochester Minnassotta F.M.C.

What was
your
injury?

Due to all these years of verbal and physical assaults - due to the hatred of my catholic faith and hispanic race, And have no one to help me, but instead retaliate and join in concert to destroy my love for God and others. I suffered from being happy and having (5) five Jobs saving money, talking about what God did for me and cant wait to be released from prison - TO: feeling locked up in the deepest darkest dungoen when I was denied my catholic Holy Communion. To date I'm still seeking MAI's I'm a vegetable in my brain, and or feel brain Cancer - besides my heart being cold and empty everyday while my eyes can no longer cry tears. Then when I seeked help to only keep on being Segregated and transferred I litterally suffered being buried alive. Going through hunger and being held hostage in the cells. My vien that was intentionally blown will never recover, I was paralyzed for about a week from the spider bite and in great pain. And with no medical attention. Mentally tortured and Keeped being denied my catholic faith while being hand-cuffed inside a cell in segregation till I crapped on my self. Suffered seeing death in the face for 8 straight days when I was put to survive the freezing wheather of Minnassotta in seclusion and keeped on being mentally tortured by being found guilty and taking Good time off, plus loss of other previlages - Just for asking for help. All this time and money and sufferring, because im a half educated Hispanic whom wanted everyone to feel Gods love - the way I once did. Is irreparable injury To me

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No

If no, explain why not:

Is the grievance process completed?  ☒ Yes  ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

A monotary Relief of $500,000,00. Awarding of all costs, and that every prison (federal and state) be found out of Compliance and Fined, when they discriminate a religious celebration. And that an inmate shall not have to go through BP-8,'s BP-9's, BP-10's, BP-11's and tort claims Just to finally Go to trail. we should be able to start on an BP-11. Thank you. Respectfully Benjamin

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☒ Yes  ☐ No

If yes, how many?  (2) TWO

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

5:18-ct-03228-D; Lopez P. Benjamin Vs. Chaplain R. Askew, et al., Bop monitor-Mr Brooks, ministry coordinator-mike Vandiver, A.W-Branch, Priest-father Micheal, Ms P. Bullock-counselor, Nurse-Norman, Nurse-administrator-Ms Dunlow, Director of operations-Kenny cauley, Warden-R. Tripp Remedy clerk-Ms. S. Jernigan, Administrator clerk-ms. ENNIN, case manager-ms. Lassitor, S.I.S Valenzuela, Remedy Administrator-C. Rogers, Nurse Administrator-Ms. Shuman, Nurses-MR. Williams-ms. Wolfe-ms. cline-ms. Jones, Lieu-tenants-Castilione-Roody-Johnson-MR. Ortiz, A.W mooder, Correctional-officers Hanson-John Doe 1, 2, and 3; for: Aggraveted assault, discrimination of medical attention and violation of right to Worship for over 13 weeks; Pending.

3:18-cv-01467-CSH; Lopez V. Conners et al., Warden-D.K. Williams, Captian Kohrs, DR. Mc gregor, Correctional officer-stauber, Case counselor-HornKohl; Abuse of authority to cause injury, deniel of medical attention and right to Worship; Was Dismissed with prejudice due to not being able to obtain 6 month ledger sheet of inmates money transactions from Defendants, of above Case.

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

03-28-2019
Dated

Benjamin Lopez
Plaintiff's Signature

Benjamin Lopez-Patino
Printed Name

53754008
Prison Identification #

Federal Correctional Institution
F.C.I Ashland-P.O.Box 6001     Ashland    ,    KY    41105
Prison Address                              City              State      Zip Code

3  <u>Attachedments 3-Throught 8</u>

<u>7.</u> Defendants UNITED STATES OF AMERICA is sued Under the Federal TORT claims Act for gross negligence, False imprisoment and EMoTionaL distress caused by its Officers and employees for the federal Bureau of Prisons, Department of Justice an agency of the United States of America.

<u>8.</u> Defendants Warden HoLLEMBeak, Assistance Warden A. Bullock, Assistance Warden Hiscock, CaPTian John Doe, chaplin Hicks chaplin Hoyle, case Maneser Ms Butler, Unit Maneser Walter Harris, Lt. John Doe, Dr. Grover (Phycolosist) are sued in their individual and Official caPacity as agents, officers and employees acting within the scope of their emPloYment, at all relevant times assigned to the Federal Correctional Institution Butner, N.C. A facility of the federal Bureau of Prisons, DePartment of Justice an agency of the UNITED STATES OF AMERICA.

<u>9.</u> Defendants Captain Miller, warden La Riva, Associate Warden Cooper, Associate Warden John Doe, Lt. Hare, Lt weickzoric, S.I.A. Grimsley, Disciplanery Hearing officer (DHO) stolarzwk, UNIT manager ms Haugen, case manager ms Balas, C.o storm C.o Vansande, C.o Kruger, NR sublet, NR John Doe are sued in their individual and official capacity as agents officers and employees acting within the scope of their employment, at all relevant times assigned to the federal Correctional Institution Rochester, MN. A facility of the federal Bureau of Prisons, Department of Justice an agency of the United States of America.

<u>10.</u> Defendants are being joined due to the claims being close in Subject matter, Time of occurance and involving the same opposing party Pursuant to Fed. R. CIV. P. 18 (a).

4

STATEMENT OF FACTS: TRT-MXR-2017-06362

11. Day after day and month after month chaplin Hoyle and chaplin Hicks would discriminate plaintiff from His religous right to fully participate in His Catholic faith to worship His Catholic God simply because the plaintiff had a tremendous zeal and far advanced into the wisdom of God. A christian faith He shared freely. but also a christian faith most despised by protestants who protest the true word of God. like these two Chaplins, or protestants whom are ignorant of God and the Holy scriptures.

12. On 11-24-14, Plaintiff wrote a grievance remedy BP-8 form to try and formally resolve the chaplins continued discrimination and attempts of permenatly putting Him out of any activities or involvment of His faith.

13. On or About 11-25-14 A.W. in front of S.I.S in the Lt's office. Told me to stop writting complaints, concerning the chaplins discrimination. On 12-09-14, I wrote a greivance remedy form BP-9 concerning the threats of the A.W. Lt John Doe, and the chaplins on wanting to lock me in shu. "to cool down" from my complaints. This is the same day plaintiff (me) was held without His will in a glass sally port to be verbally assaulted in front of many witnesses, and then given a shot for suppossedly lying in attempts to have the plaintiff locked up is (SHU) special Housing unit. A shot that was later thrown out because of its ridicoulousness.

14. On 04-10-16 chaplin Hicks forbid me from worshiping my God.

15. On 04-11-16 Plaintiff (me) wrote a BP-8, and gave it to A.W Hiscock to read, for other BP8's went on unanswered. Plaintiff wanted to make sure that He had a witness, on Him, writting the BP-8, on How the chaplin was forbidding plaintiff to worship God, before plaintiff turned in the BP-8 form to His Case Counselor

16. On 04-11-16 Plaintiff turned in the BP-8 to case manager Ms Butler, whom would always lose plaintiff BP8's. Intentionally caused a technacality on BP-8's for ommiting but ettime that no data because he was askedfor a copy.

Case 5:18-ct-03221-BO    Document 35    Filed 04/02/19    Page 22 of 26

# 5

17. on 04-12-16 at 7:30~8:30 AM Plaintiff is called into Dr Groover Office whom tells Plaintiff not to go to S.I.S with this complaint on chaplin Hicks, or Plaintiff would be Placed in shu for disrespecting Her.

18. on 04-13-16 at about 12:30 PM Plaintiff while eating in His assigned unit was handcuffed and escorted to SHU.

19. Plaintiff, since being put in shu for His continued complaint on chaplin Hicks. Is know denied access to Any and all administrative Remedy Procedures. on 04-20-16 Plaintiff finds a Remedy BP-10 in His belongings and sends it to regional office as a sensctive Remedy but is denied and told to start at a institutional level.

20. Plaintiff, not given any reason for being Placed in seclution. writes (FOIA) freedom of Information Act to request any information on Plaintiffs cause for seclution, on 03-14-17. on 05-25-2017 FOIA sends reply that There is no reason and or cause found for Plaintiffs seclusion.

21. After 2 months and 1 week of Emotional distress, false imprisonment and Physical Pain (Due Plaintiffs foot medical conditions) Plaintiff is transferred on 06-20-2016. without any medical Pain medicine,or bottom bunk Pass.

22. on 10-28-2016 Plaintiff is formally notified (Basically) that all this Discrimination. Violation of religous rights, false imprisonment, and denial of medical and legal procedures. Is due to being re-designated for medical treatment. After first being redesignated to Medical center but ner for treatment.

23. It is believed that Defendants chaplin Hicks, Dr Groover, Warden Hollembeak, assistance wardens A. Bullock and Hiscock. Captian John doe. Case Manager ms. Butler. Unit Manager Walter Harris and Lt. John Doe retaliated against Plaintiff by continued Harrassment mistreatment and Violating of religous and legal rights due to Plaintiff having chaplin Hoyle Reffimended for Discrimination Against Plaintiff on 05-22-2015 Remedy ID # 821793-F1.

FACTS / Tort claims = TRT - NCR - 2018 -
00074 and Tort claim: TRT-NCR-2018-00075

A. Plaintiff was released from SHU (Special Housing Unit) in North Carolina, Butner, And transferred to Rochester. MN. A Medical FCI. on or About 6-16-16 and Arrived on or About 6-20-16.

B. On 11-05-16. I was Placed back in shu for my continued search for Justice, on why Was I denied to attend Holy Communion and Transferred

C. On 12-13-16 I wrote Remedy # 886170-F1 on how Lt Wieczorek, didnt want to help me with the investigation, but instead locked me up supposedly not for writing remedies, but for being scarred for my life because the Nurses were abusing the inmates

D. On 01-02-17. CO's Kruser and Vandsande Keeled me Hostage in the cell, and without feeding me.

E. since before being Held Hostage, I had to fear for my life and suffered threats and Harrassment from CO's Kruser and Vandsande the Prime SHU officers.

F. Lt Hare starts harrasing and threatening to assault me because I wrote a BP8 against Lt Wieczoreks investigation and that the only way He'll released me from shu is if I stop writing these relief remedies. [01-29-17]

30. G. CO Storm also starts Harrasing me Not feeding me 01-25-17

31. H After Lt Hare had me segregated alone for over 80 days with a sign outside my door that Reads: "Segregate Alone" He Now moves me in Danger. W/ an inmate whom Lt Hare Knew would Physically assault me. 01-26-17

32 I In late Nov '16' I asked Captian miller why I was still in shu? It wasn't till 01-24-17, over 2 months since I was placed in shu that I was giving an answer. You were put in shu far trying to control the chapel.

33. J. On 02-11-17 I recieve a response from the chaplin stating I never wanted to control any chapel.

34 K. On 02-03-17, I wrote a Remedy form on How Warden La Riva Never allows me to speak to Her.

35 L. On 02-04-17 Lt Hare and His team Move me 6-Times in 10 days and physically assault inmate Joshua Patterson # 15202-006. because inmate Joshua didn't Kill me, like the Captain told Him Too.

36 M. On or about 02-05-17 Lt Hare Held me Hostage in another cell till I crapped on myself. On or about 02-05-17 Lt Here Put me in another inmate who wanted to physically sexually assault me after begging to be moved for 11 days. Lt Hare had me taken to seclusion in freezing tempetures and with a cell w/ no window (broken) I was fighting for my life for 8 days.

37 N. Chaplin alcazar. after many runins of Abuse towards inmates would also Violate my religous rights and come and tount me and Harress me while in shu. Remedy #s 879583-e1, 880947, 893502-f1

38. after being Released from seclusion and brought back to shu. While being handcuffed by Co Vandsand. He placed a Slider that hit me on my back side wich left me leg and back Puislyzed for a week. and very painful but w/o givins me any treatment.

39. On 02-27-17 a special, out of the schedule D H O hearing was conducted where I was forbidden any right to defence and found guilty by DHO stolarewk. Remedy # (I cant find) Report # 290842 Guilty for supposedly threatening the inmate who wanted to assault me.

40. Nurses Sublet and John doe, through their retaliation, took blood samples and cut my vain. the floor, all my clothes to my shoes were blood filled. And when I had a medical problem I would get the Wildest responses. Example: Maam I have a Bite on my back thats real real painful, I need medicine please! Answer Do you know it's on your back? are you seeing things? I have your chart You were treated for deplession back in 2011, maybe your looney and Jost imagening Your Pain.

41. And finally after all this Mental tortue, and physical abuse by being segregated for over 160 days I was transferred to FCI Danbury. CT

42. There so much detail missing from the abuse, but I cant write from this painful
writing, I dont have Too from suffering this torment? I'm suffering.

43. Plaintiff suffered physical injuries in relation to all claims of mental and emotional injuries alledged in this complaint as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997 e (e)

## FEDERAL TORT CLAIMS

44. Plaintiff repeats as if fully set forth Counts I-III for each common-law and federal tort claim the allegations in Paragraphs, 1-44.

### COUNT I
### common-Law and FTCA
[Violation of religous right, Negligence, gross negligence, Retelliation, false imprisoment, deliberate indifference, and Emotional Distress )

Plaintiff has complied with all prereavisites to a suit under the federal Tort claims Act in that on: August 17, 2017 the Plaintiff Timely filed administrative claim No. TRT-MXR-2017-06362 for the Amount of 10,000,00 with the Mid-Atlantic Resional office of the federal Bureau of Prisons. Exhibit #1A; (b) Defendant by and through its agency denied the Administrative claim on January 25, 2018 exhibit #1A; (c) This action was timely commenced following The denial.

46. Defendants UNITED STATES OF AMERICA. by and through its Employees, chaplin Hicks, chaplin Hoyle, Dr. Grover, Assistance wardens A. Bullock, and Hiscock, warden Hollembeak, capt. John Doe, case Manager Ms Butler, Unit Manager Walter Harris, Lt John Doe acting within the scope of their employment, acts and omissions breached the Employee standard of conduct stated in program policy 3420.11 Causing plaintiff to suffer discrimination of religous rishts. To suffer over 60 days of physical abuse by being Physically Segregated on false imprisoment. suffered a deliberate transferr to another institution, and Is suffering a permanent Emotional distress to the point of Not Emotionally worshipping God as plaintiff used too.

47. Plaintiff seeks to increase the amount of this claim from 10,000,00 to 100,000,00. based upon newly discovered evidence and intervening facts unknown at the time the claim was filed with agency of Defendants. Pursuant 28 U.S.C. § 2675 (b) for the following reasons: Plaintiff did not forsee living years of suffering, spending time and money and now going pro se to gain Justice for all the misstreatment and neglect caused by the Abuse of Authority and unprofessionalism.