**FILED**

APR **1 7** 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## United States District Court
### Eastern District of North Carolina
### Western Division

Case No. S:18-CT- 3221- BO

(To be filled out by Clerk's Office only)

BenJamin Lopez-Patino

FCI Gilmer P.O. Box 6000

*(In the space above enter the full name(s) of the plaintiff(s).)*

Glenville, WV 26351

Inmate Number 53754008

-against-

Chaplain Hicks, Aw. Hiscock,

Warden Hollenbeak, Phycologist

MS Grover

## COMPLAINT

*(Pro Se* Prisoner)

Jury Demand?

☒ Yes

☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

Case 5:18-ct-03221-BO    Document 64    Filed 04/17/20    Page 1 of 10

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒    42 U.S.C. § 1983 (state, county, or municipal defendants)

☒    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☒    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Benjamin Lopez-Matos
Name

53754008
Prisoner ID #

Federal correctional
Place of Detention

Gilmer Institution - P.O. Box 6000
Institutional Address

Glenville,                    W.V.                    26351
City                                State                    Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☒ Federal

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☒    Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Chaplain Hicks
Name

Chaplain
Current Job Title

FCI Butner-low P.O. Box 999
Current Work Address

Butner     NC     27509
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: A.W. Hiscock
Name

A.W
Current Job Title

FCI Butner-low P.O. Box 999
Current Work Address

Butner     NC     27509
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 3: _Warden Hollembeak_

Name

_Warden_

Current Job Title

_FCI Butner-low P.O. Box 999_

Current Work Address

_Butner_          _NC_          _27509_

City                State          Zip Code

Capacity in which being sued: □ Individual □ Official ☒ Both

Defendant 4: _Phychologist Grover_

Name

_Phychologist_

Current Job Title

_FCI Butner-low P.O. Box 999_

Current Work Address

_Butner_          _NC_          _27509_

City                State          Zip Code

Capacity in which being sued: □ Individual □ Official ☒ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Butner low FCI - P.O.Box 999 Butner, NC 27509

Date(s) of occurrence: from 2013-2016

State which of your federal constitutional or federal statutory rights have been violated:

The right to be free from retaliation for writing a grievance for exercising my 1st, 4Th, 5Th, 8th, and 14Th Amendments

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

<table>
<tr>
<td>Who did what to you?</td>
<td>I wrote informal Resolutions and Remedy grievances on chaplain Hicks who would not allow me to partake in the set-ups - nor readings nor sharings in my Catholic faith, Just like The Caucasion inmates. Then when I did share like the white inmates the chaplain kicked me out the rosary hour then did not allow me to partake in my Holy communion nor Mass.</td>
</tr>
</table>

**What happened to you?**

I was sent to the LT's office and told that I could not return to the chapel on chaplain Hicks orders or I would be taken to Segregation. I didn't care! but the chaplain locked the chapel doors. I didn't Matter I was Taken to segregation without cause any way on 04-13-16. And I dont know who had me segregated. Was it the A.W Hiscock & Warden Hollembeak whom I showed the grievance too, About how Hicks Kicked me out & for bid me Holy Communion? or was it the phycologist whom threatened to take me to segregation on 04-11-16 if I didn't stop my complaints on the chaplain Hicks? I think they all joined in concert.

**When did it happen to you?**

R ~ 04-10-16

**Where did it happen to you?**

In the catholic Rosary prayer hour at the chapel

Page 6 of 10

What was
your
injury?

my loving spirit that God gave me got Killed! By Chaplain Hicks and His co-workers who helped Him segregate me and transfer me.

I lost all programing my jobs and been recieving the same treatment by other chaplains at the other facilities because "they know all about me" and "know what im about." yes! im catholic and these protestant chaplains should treat me equal - like every other inmate growing in their faith.

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No
    If no, explain why not:

Is the grievance process completed?   ☒ Yes   ☐ No
    If no, explain why not:

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Compensatory damages Pursuant to the federal tort claims Act. Tucker Act, Bivens and North carolina law, in the sum to be shown at trial, but in no event less that the folling for each defendant: United states of America is liable for $250,000.00; chaplain Hicke, EtAl., Are liable for $10,000.00 each. Punitive damages pursuant to Bivens and North carolina law in the sum to be shown at trail, to punish each liable Defendant and to discourage any further intentional wrong ful acts and Constitutional violations. Including whatever pre-and post-judgment interest which may be allowed by law; Awarding of costs of suit pursuant to the federal Tort claims Act, Bivens and North carolina law.

Case 5:18-ct-03221-BO   Document 64   Filed 04/17/20   Page 8 of 10

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☒ Yes  ☐ No

If yes, how many?  ___5___

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Lopez v. Chaplain Alcazar, et al., # 0:19-cv-03095-DSD-DTS discrimination of religion. (Pending)

Lopez v. FNU Kusick, et al., # 5:19-cv-01025-SLP Aggrevated Assault on plaintiff & refusing medical care (Pending)

Lopez v. Chaplain Askew et al., # 5:19-ct-3785-FL discrimination of religion & medical care (pending)

Lopez v. Chaplain Conners # 3:19-cv-01765-MPS discrimination of religion-false incarceration (pending)

Lopez v. Keller, et al., # 0:19-cv-00115-GEVT false incarceration-dismissed with out prejudice for failing to pay the initial paly.

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

04-12-2020

Dated

Benjamin Sopue

Plaintiff's Signature

Benjamin Lopez

Printed Name

53754008

Prison Identification #

FCI-Gilmer P.O. Box 6000 Glenville, WV 26351

Prison Address        City        State      Zip Code